# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>v.<br><br>SHI YUAN LI,<br><br>    Defendant(s). | 2:11-CR-221 JCM (CWH) |

## ORDER

Presently before the court is the matter of *The United States of America v. Li, et al.*, case no. 2:11-cr-221-JCM-CWH.

Defendant Shi Yuan Li's resentencing is currently scheduled for March 11, 2014. The court has recently been advised that the government has not filed for the necessary writ, and that the defendant is still in federal custody at an out-of-state facility. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the resentencing hearing currently scheduled for March 11, 2014, is hereby VACATED.

IT IS FURTHER ORDERED that the government shall file the appropriate motion for a writ by 5:00 p.m. on Monday, March 10, 2014.

IT IS FURTHER ORDERED that the resentencing of defendant Shi Yuan Li is rescheduled for April 24, 2014, at 11:00 a.m.

DATED March 7, 2014.

                                                                      **UNITED STATES DISTRICT JUDGE**